# EXHIBIT "A"

■ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
LAURENS COUNTY, GEORGIA

**22-CG-0267-DG**
DG - DONALD W. GILLIS
APR 25, 2022 11:31 AM

*Jackie H. Dalton*
Jackie H. Dalton, Clerk
Laurens County, Georgia

IN THE SUPERIOR COURT OF LAURENS COUNTY
STATE OF GEORGIA

| | |
|---|---|
| STEPHANIE CLOVER, | |
| Plaintiff, | Civil Action No. _____ |
| v. | |
| DOLLAR TREE STORES, INC. d/b/a FAMILY DOLLAR and JOHN DOES NOS. 1-10, | |
| Defendants. | |

## ORIGINAL COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff Stephanie Clover, by and through her undersigned attorneys of record, and hereby files this Complaint for Damages, respectfully showing this Honorable Court the following:

1.

The Defendant Dollar Tree Stores, Inc. d/b/a Family Dollar (hereinafter "Family Dollar") is a foreign profit corporation that maintains its principle office address in Virginia and registered agent in Gwinnett County, Georgia; however, is subject to the venue and jurisdiction of this Court, pursuant to O.C.G.A. § 14-2-510.

2.

The Defendant John Does Nos. 1-10, at all times relevant to this Complaint for Damages, was and is a manager, employee, and/or agent of the Defendant Family Dollar, subjecting him to the jurisdiction and venue of this Court as a joint tortfeasor.

3.

The Defendant Family Dollar owns and/or operates the retail store and premises located at 1206 Telfair Street, Dublin, Georgia 31021 (hereinafter "subject premises").

4.

On or about May 3, 2020, on the subject premises, the Plaintiff, as an invitee, was injured when she fell on an uneven walkway near the entrance of the subject premises, due to the negligence of the Defendants Family Dollar and John Does Nos. 1-10.

5.

The Defendant John Does Nos. 1-10, a manager, employee, and/or agent of the Defendant Family Dollar, was negligent, as pled in ¶4, by failing to perform timely and routine inspections of the premises, by failing to provide sufficient warning of the subject dangerous condition, by failing to inspect and discover the presence of the dangerous condition, by failing to remedy and/or remove the dangerous condition, and by failing to use ordinary care in preventing hazardous conditions that could result in a such an injury.

6.

The Defendant Family Dollar, the owner and/or operator of the subject premises, was negligent, as pled in ¶4, by failing to perform timely and routine inspections, by failing to provide sufficient warning of the subject dangerous condition, by failing to inspect and discover the presence of the dangerous condition, by failing to remedy and/or remove the dangerous condition, by failing to use ordinary care in preventing hazardous conditions that could result in a such an injury, and by hiring and retaining an unsafe employee(s), to wit: Defendant John Does Nos. 1-10.

7.

As a proximate and foreseeable result of the Defendants' negligence, the Plaintiff was seriously injured, incurring significant and costly medical expenses in excess of $98,000.00, as well as lost wages.

8.

In addition to ¶7, the Plaintiff has endured and will continue to endure pain and suffering.

9.

The Plaintiff has a cause of action against the Defendant John Does Nos. 1-10 for negligence and all other applicable theories of liability.

10.

The Plaintiff has a cause of action against the Defendant Family Dollar for negligence, negligent hiring and retention of an unsafe employee(s), *respondeat superior*, and all other applicable theories of liability.

11.

The Plaintiff is entitled to recover from the Defendants for her past and future medical expenses, lost wages, past and future pain and suffering, and all other Damages permitted by Law.

WHEREFORE, Plaintiff prays that she have a judgment against the Defendants in an amount determined by a fair and impartial jury to be adequate and just.

[SIGNATURE ON NEXT PAGE]

This ___25th__ Day of April, 2022.

                                            _/s/ David Dozier_____
                                            David Dozier
                                            GA Bar No. 228898
                                            Savanna Roughen
                                            GA Bar No. 808523
                                            Attorneys for Plaintiff

DOZIER LAW FIRM, LLC
327 Third Street
PO Box 13
Macon, GA 31202-0013
(478) 742-8441

**PLEASE HAVE THE SHERIFF SERVE THE DEFENDANT AT THE FOLLOWING:**

                         Dollar Tree Stores, Inc. d/b/a Family Dollar
                                 Registered Agent:
                              Corporation Service Company
                                2 Sun Court, Suite 400
                              Peachtree Corners, GA 30092

# SUPERIOR COURT OF LAURENS COUNTY
# STATE OF GEORGIA

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
LAURENS COUNTY, GEORGIA

**22-CG-0267-DG**
DG - DONALD W. GILLIS
APR 25, 2022 11:31 AM

*Jackie H. Dalton*
Jackie H. Dalton, Clerk
Laurens County, Georgia

CIVIL ACTION NUMBER  22-CG-0267-DG

Clover, Stephanie

**PLAINTIFF**

**VS.**

Dollar Tree Stores, Inc., DBA Family Dollar

**DEFENDANT**

## SUMMONS

TO: DOLLAR TREE STORES, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**David Dozier**
**Dozier Law Firm**
**487 Cherry Street**
**Macon, Georgia 31201**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 25th day of April, 2022.**

Clerk of Superior Court

*Jackie H. Dalton*
Jackie H. Dalton, Clerk
Laurens County, Georgia

Page 1 of 1

Sheriff Number: 22013534  Court Case Number: 22-CG-0267-DG
Date Received: 5/6/2022 Time: 8:51 AM
Special Service Inst:

State of Georgia
Gwinnett County

ATTORNEY'S ADDRESS

DOZIER LAW FIRM LLC
487 CHERRY STREET
MACON, GA 31202

STEPHANIE CLOVER
PLAINTIFF
VS.
DOLLAR TREE STORES, INC
DEFENDANT

NAME AND ADDRESS OF PARTY TO BE SERVED

DOLLAR TREE STORES INC
2 SUN CT SUITE 400
PEACHTREE CORNERS, GA 30092

SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐   Sex____ Skin Color____ Hair Color____ Age____ Hgt____ Wgt____
I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place in this County.

Delivered same into the hands of _____ described as follows:

| SEX | SKIN COLOR | HAIR COLOR | AGE | HGT | WGT |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**CORPORATION** ☒
I have this day served the _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK AND MAIL** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐
Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

**SPECIAL PROCESS**

**COMMENTS**

Date: _____
Time: _____

_____
Deputy Sheriff

_____
GWINNETT COUNTY GEORGIA

Sheriff Number: 22013534   Court Case Number: 22-CG-0267-DG
Date Received: 5/6/2022 Time: 8:51 AM
Special Service Inst:

State of Georgia
Gwinnett County

22013534

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
LAURENS COUNTY, GEORGIA
**22-CG-0267-DG**
**DG - DONALD W. GILLIS**
**MAY 18, 2022 12:08 PM**

Jackie H. Dalton
Jackie H. Dalton, Clerk
Laurens County, Georgia

**ATTORNEY'S ADDRESS**

DOZIER LAW FIRM LLC
487 CHERRY STREET
MACON, GA 31202

STEPHANIE CLOVER
PLAINTIFF
VS.
DOLLAR TREE STORES, INC
DEFENDANT

NAME AND ADDRESS OF PARTY TO BE SERVED

DOLLAR TREE STORES INC
2 SUN CT SUITE 400
PEACHTREE CORNERS, GA 30092

SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐   Sex___ Skin Color___ Hair Color___ Age___ Hgt___ Wgt___
I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place in this County.

Delivered same into the hands of _____ described as follows:

| SEX | SKIN COLOR | HAIR COLOR | AGE | HGT | WGT |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**CORPORATION** ☒
I have this day served the _Dollar Tree Stores_ a corporation by leaving a copy of the within action and summons with _Alicia Smith_ in charge of the office and place of doing business of said Corporation in this County.

**TACK AND MAIL** ☐

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐

Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

**SPECIAL PROCESS**

**COMMENTS**

Date: 9 May 2022
Time:
J. Williams
Deputy Sheriff